# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MICHAEL YANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSISTED CREDIT SERVICES, INC.; ASSISTED CREDIT SERVICES, LLC.; ASSISTED CREDIT SERVICES, an unincorporated business, partnership, or association; MARCY COOK, individually and in her official capacity,<br><br>Defendants. | Case No. SACV 15-02118 AG (JCGx)<br><br>**DEFAULT JUDGMENT** |

    The Court enters Judgment in favor of Plaintiff Michael Yang, individually and on behalf of all others similarly situated, and against Defendants Assisted Credit Services, Inc.; Assisted Credit Services, LLC; Assisted Credit Services, an unincorporated business, partnership, or association; and Marcy Cook, individually and in her official capacity, for (1) statutory damages of $2,000 for each of the 153 class members, or a total of $306,000 in statutory

damages; (2) an incentive award of $10,000 for Lead Plaintiff Michael Yang; (3) $82,360 in attorney fees; and (4) $ 1,734.21 for a total judgment of 400,094.21.

Dated November 27, 2017

                                        Hon. Andrew J. Guilford
                                        United States District Judge